## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

STARR SURPLUS LINES INSURANCE
COMPANY, as subrogee to
AdvancePierre Foods, Inc.,

       Plaintiff,

       v.

MOUNTAIRE FARMS INC.,

       Defendant.

Civil Action No. _____

**Removed from Cumberland County
Superior Court, Maine,
Case No. CV-2018-41**

## NOTICE OF REMOVAL OF
## DEFENDANT MOUNTAIRE FARMS INC.

Pursuant to 28 U.S.C. § 1441(a), Defendant Mountaire Farms Inc.

("Mountaire") hereby removes the above-stated matter pending before the

Cumberland County Superior Court (Case No. CV-2018-41) to the United States

District Court for the District of Maine, Portland Division.  In support of removal,

Mountaire states:

      1.     Plaintiff Starr Surplus Lines Insurance Company ("Plaintiff" or

"Starr") commenced this action on January 25, 2018.

      2.     Defendant Mountaire was served with the Complaint on January 31,

2018.

      3.     The time in which Defendant Mountaire is required under Maine law

to move, answer, or otherwise plead in response to the Complaint has not elapsed.

      4.     This Notice of Removal is timely under 28 U.S.C. § 1446(b)(1) because

it has been filed within 30 days of service.

5.      This Court is a proper venue for this action pursuant to 28 U.S.C.

§ 1441(a).  The Portland Division of the United States District Court for the District

of Maine includes Cumberland County, where the state court action was filed and

where the events at issue took place.  *See* 28 U.S.C. § 99.

6.      True and correct copies of pleadings filed in the Cumberland County

Superior Court and served on Defendant Mountaire are attached as Exhibit A.

7.      This Court has jurisdiction over these proceedings pursuant to 28

U.S.C. § 1332(a)(1).  Plaintiff Starr is organized under the laws of Illinois and has a

principal place of business in New York, and is therefore a citizen of Illinois and

New York.  Compl. ¶ 1 (attached as Ex. A); *see also* 28 U.S.C. § 1332(c)(1).

Defendant Mountaire is incorporated under the laws of Delaware and has a

principal place of business in North Carolina, and is therefore a citizen of Delaware

and North Carolina.  Compl. ¶ 2; *see also* 28 U.S.C. § 1332(c)(1).

8.      Because Plaintiff is not a citizen of the same state as Defendant

Mountaire, this civil action "is between . . . citizens of different States."  28 U.S.C.

§ 1332(a)(1).

9.      The amount in controversy in this action exceeds $75,000.  *See* Compl.

¶¶ 26, 36, 47, 55 (stating that Starr seeks payment of $10 million plus interest,

costs, fees, and attorney's fees); *see also* 28 U.S.C. § 1332(a); *id.* § 1446(c)(2).

10.     Defendant Mountaire will promptly serve a notice of the filing of this

Notice of Removal on Plaintiff Starr.  *See* 28 U.S.C. § 1446(d).

11. Defendant Mountaire will promptly file a notice of the filing of this Notice of Removal with the Clerk of the Cumberland County Superior Court. *See id.*

12. Defendant Mountaire reserves the right to amend or supplement this Notice of Removal and reserves all defenses.

13. Defendant Mountaire will timely answer, move, or seek an extension of time for responding to the Complaint within the time prescribed by Federal Rule of Civil Procedure 81(c).

14. If any question arises with regard to the removal of this action, Defendant Mountaire respectfully requests the opportunity to be heard on it.

WHEREFORE, Defendant Mountaire removes this action from the Cumberland County Superior Court to this Court pursuant to 28 U.S.C. § 1441.


February14, 2018                              Respectfully Submitted,



                                             /s/ David B. McConnell
                                             David B. McConnell, Esq.
                                             Perkins Thompson, P.A.
                                             P.O. Box 426
                                             Portland, ME 04112
                                             (207) 774-2635 (Tel)
                                             (207) 871-8026 (Fax)
                                             dmcconnell@perkinsthompson.com

                                             *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of February, 2018, I electronically filed a

copy of the foregoing Notice of Removal with the Clerk of Court using the CM/ECF

system.  I also hereby certify that on this 14th day of February, 2018, I mailed by

United States Postal Service, the document to:

> Paul C. Catsos, Esq.
> Thompson Bowie & Hatch, LLC
> P.O. Box 4630
> Portland, ME 04112
> (207) 774-2500
>
> *Counsel for Plaintiff*

> /s/ David B. McConnell
> David B. McConnell, Esq.
> PERKINS THOMPSON, P.A.
> P.O. Box 426
> Portland, ME 04112
> (207) 774-2635 (Tel)
> (207) 871-8026 (Fax)
> dmcconnell@perkinsthompson.com
>
> *Counsel for Defendant*

{P1477041.1}                    -4-