**CT Corporation**

**Service of Process Transmittal**
01/31/2018
CT Log Number 532713310

**TO:**   JANICE ATTERBERRY
Mountaire Corporation
1901 Napa Valley Dr
Little Rock, AR 72212-3913

**RE:**   **Process Served in North Carolina**

**FOR:**   MOUNTAIRE FARMS INC.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Starr Surplus Lines Insurance Co., Pltf. vs. Mountaire Farms, Inc., Dft. // To: Mountaire Farms, Inc. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Cumberland County District Court, NC<br>Case # CV201841 |
| **NATURE OF ACTION:** | Request For Jury Trial |
| **ON WHOM PROCESS WAS SERVED:** | CT Corporation System, Raleigh, NC |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 01/31/2018 at 14:19 |
| **JURISDICTION SERVED :** | North Carolina |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days from the day this Summons was served upon you |
| **ATTORNEY(S) / SENDER(S):** | Paul C. Catsos, Esq.<br>THOMPSON BOWIE & HATCH, LLC<br>415 Congress Street<br>P. O. Box 4630<br>Portland, ME 04112<br>207-774-2500 |
| **REMARKS:** | Please note: Transmittal has been edited to correct the entity name. |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  UPS Next Day Air , 1ZX212780105180773 |
| **SIGNED:** | CT Corporation System |
| **ADDRESS:** | 160 MINE LAKE CT STE 200<br>Raleigh, NC 27615 |
| **TELEPHONE:** | 954-473-5503 |

Page 1 of  1 / FA

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.