STATE OF MAINE

| SUPERIOR COURT | DISTRICT COURT |
|---|---|
| Cumberland, ss. | Location _____ |
| Docket No. CV-2018-41 | Docket No. _____ |

Starr Surplus Lines Insurance Co. **Plaintiff**

v.

Mountaire Farms, Inc. **Defendant**

17269 Nc Highway 71 N
Lumber Bridge, NC 28357 **Address**

**SUMMONS**
M.R. Civ. P. 4(d)

The Plaintiff has begun a lawsuit against you in the (District) (Superior) Court, which holds sessions at (street address) 205 Newbury Street, in the Town/City of Portland, County of Cumberland, Maine. If you wish to oppose this lawsuit, you or your attorney MUST PREPARE AND SERVE A WRITTEN ANSWER to the attached Complaint WITHIN 20 DAYS from the day this Summons was served upon you. You or your attorney must serve your Answer, by delivering a copy of it in person or by mail to the Plaintiff's attorney, or the Plaintiff, whose name and address appear below. You or your attorney must also file the original of your Answer with the court by mailing it to the following address: Clerk of (District) (Superior) Court, 205 Newbury Street, Ground Fl. (Mailing Address), Portland (Town, City), Maine 04101 (Zip) before, or within a reasonable time after, it is served. Court rules governing the preparation and service of Answer are found at www.courts.maine.gov.

### IMPORTANT WARNING

IF YOU FAIL TO SERVE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU IN YOUR ABSENCE FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR EMPLOYER MAY BE ORDERED TO PAY PART OF YOUR WAGES TO THE PLAINTIFF OR YOUR PERSONAL PROPERTY, INCLUDING BANK ACCOUNTS AND YOUR REAL ESTATE MAY BE TAKEN TO SATISFY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS LAWSUIT, DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.

If you believe the plaintiff is not entitled to all or part of the claim set forth in the Complaint or if you believe you have a claim of your own against the Plaintiff, you should talk to a lawyer. If you feel you cannot afford to pay a fee to a lawyer, you may ask the clerk of court for information as to places where you may seek legal assistance.

Date: 1/26/18

_(signature)_
(Attorney for) Plaintiff
Paul C. Catsos, Esq.    **Address**
P.O. Box 4630, Portland, ME 04112
(207) 774-2500    **Telephone**

(Seal of Court)

_(signature)_
Clerk

CV-030, Rev. 06/14

**STATE OF MAINE**

County of _____, ss.

On _____ (date), I served the Complaint (and Summons) upon Defendant _____
_____ by delivering a copy of same at the following
address: _____

☐ to the above-named Defendant in hand.

☐ to _____ (name), a person of suitable age and discretion who
was then residing at Defendant's usual residence.

☐ to _____ (name), who is authorized to receive service for Defendant.

☐ by (describe other manner of service):
_____
_____

**Costs of Service:**

| | |
|---|---|
| Service: | $_____ |
| Travel: | $_____ |
| Postage | $_____ |
| Other | $_____ |
| | |
| Total | $_____ |

_____
Signature

_____
Agency

CV-030, Rev. 06/14